UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:15-mc-0018 JAM CKD |
| Plaintiff, | |
| v. | ORDER |
| HODA SAMUEL, | |
| Defendant. | |

In this action, plaintiff United States of America seeks recovery of a criminal judgment against defendant by way of garnishment. Defendant has filed an "opposition" to the garnishment. The opposition does not clearly set forth what, if any, exemptions are being claimed by defendant. Defendant was previously advised that an exemption form must be filed with the court. ECF No. 7-5. Defendant will be afforded an opportunity to file the requisite form.

Defendant also requests a hearing. In light of defendant's present incarceration in Texas, the matter will be submitted on the papers.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to serve a copy of documents ECF No. 7-3, 7-4 and 7-5 on defendant Hoda Samuel, Inmate Number 19252-097, FMC, Carswell, P.O. Box 27137, Fort

/////

1

Worth, Texas 76127 and amend the court's proof of service to reflect defendant's current address.

2. No later than May 14, 2015, defendant shall submit a properly filled out Claim for Exemption Form.

3. Response by the United States of America to defendant's claim of exemption shall be filed no later than May 28, 2015.

4. The matter shall thereafter stand submitted.

Dated: April 22, 2015

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 usa-hoda.gar