BENJAMIN B. WAGNER
United States Attorney
KURT A. DIDIER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HODA SAMUEL,<br><br>    Defendant and Judgment Debtor, | MISC. CASE NO.: 2:15-MC-00018-JAM-CKD<br><br>**APPLICATION FOR AN ORDER TERMINATING WRIT OF GARNISHMENT (BANK ACCOUNTS); AND ORDER**<br><br>CRIMINAL CASE NO.: 2:10-CR-00223-JAM |
| EAST WEST BANK,<br><br>    Garnishee. | |

By this garnishment action, the United States seeks recovery of a criminal judgment against defendant Hoda Samuel. Garnishee East West Bank's Acknowledgement and Answer, however, shows that defendant does not currently maintain an account at the bank. Accordingly, the United States requests that the Court terminate the writ in this action.

BENJAMIN B. WAGNER
United States Attorney

Dated: April 27, 2015

*/s/ Kurt A. Didier*
KURT A. DIDIER
Assistant United States Attorney

APPLICATION FOR AN ORDER TERMINATING WRIT OF
GARNISHMENT (BANK ACCOUNTS); AND ORDER                                                               1

**ORDER**

The Court, having reviewed the court files and the United States' Application for an Order Terminating Writ of Garnishment (the "Application") and finding good cause therefrom, hereby GRANTS the Application. Accordingly, the writ of garnishment previously issued on March 13, 2015 against defendant Hoda Samuel is hereby TERMINATED.

IT IS SO ORDERED.

Dated:  April 27, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE